1  Michael T. Welch (#122630)
   LAW OFFICES OF MICHAEL T. WELCH
2  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
3  Telephone:    (415)399-1500
   Facsimile:    (415)399-0445
4
   Attorneys for Plaintiff
5  COLLEEN O'DONNELL

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 COLLEEN O'DONNELL, an Individual,        )   CASE NO.  CV 10-0941 TEH
                                            )
12                  Plaintiff,              )   **STIPULATION OF DISMISSAL**
                                            )   **[FRCP 41(a)(1)]**
13     v.                                   )
                                            )
14 U.S. BANCORP EQUIPMENT FINANCE,          )
   INC., a corporation; and DOES 1-50, inclusive, )
15                                          )
                    Defendants.             )
16                                          )
                                            )
17                                          )
   _____      )
18

19
       IT IS HEREBY STIPULATED by and between the parties to this action through
20
   their designated counsel that the above-captioned action be and hereby is dismissed with
21
   prejudice pursuant to FRCP 41(a)(1).
22

23
                                            LAW OFFICES OF MICHAEL T. WELCH
24

25
   Dated: December 27, 2010            By:  /S/ *Michael Welch*
26                                          Michael T. Welch
                                            Attorney for Plaintiff
27                                          COLLEEN O'DONNELL

28
                                         -1-

**STIPULATION OF DISMISSAL**

1
2                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
3
4   Dated: December 27, 2010              By: /S/ *Andrea Brown*
                                              Andrea Brown
5                                             Attorneys for Defendant
                                              U.S. Bancorp Equipment Finance, Inc.
6

**IT IS SO ORDERED**

*/s/ Thelton E. Henderson*

Judge Thelton E. Henderson

01/03/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION OF DISMISSAL**